UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW N. FULTON, DDS, P.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENCLARITY, INC., LEXISNEXIS RISK SOLUTIONS INC., LEXISNEXIS RISK SOLUTIONS GA INC., LEXISNEXIS RISK SOLUTIONS FL INC., and JOHN DOES 1-12,<br><br>Defendants. | Case No. 16-CV-13777<br><br>District Judge Denise Page Hood<br><br>Magistrate Judge R. Steven Whalen<br><br>**CLASS ACTION** |

**PLAINTIFF'S LOCAL RULE 37.1 NOTICE OF RESOLUTION AND WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER, ECF NO. 66, AND MOTION TO COMPEL, ECF NO. 69**

Plaintiff Matthew N. Fulton, DDS, P.C. ("Plaintiff"), by counsel and pursuant Federal Rule of Civil Procedure 37, Local Rule 37.1, Magistrate Whalen's Practice Guidelines, and the Court's order of March 16, 2021, ECF No. 72, hereby notifies the Court that the parties have resolved the following two motions set for ZOOM hearing on April 20, 2021. ECF No. 72:

- Plaintiff's Motion for Entry of a Protective Order as to Confidentiality, ECF No. 66, and

- Plaintiff's Motion to Compel Defendants' Production of Information Concerning Other Similar Faxes, ECF No. 69.

Accordingly, Plaintiff hereby withdraws both motions, without prejudice and reserving all rights. Alternately, the Court may deny both motions without prejudice as moot.

Plaintiff's Motion for a Discovery Conference Regarding Defendants' Delayed Compliance, ECF No. 67, remains pending and has not yet been resolved. The parties continue to meet and confer, and Plaintiff will further advise the Court as to the status on that motion no later than April 13, 2021. *See* ECF No. 72 at page 2 of 3.

Dated: April 5, 2021    Respectfully submitted,

By: /s/ *Jonathan B. Piper*
       One of Plaintiff's Attorneys

Phillip A. Bock (*pro hac vice*)
Jonathan B. Piper (*pro hac vice*)
Bock Hatch & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
(312) 658-5500
(312) 658-5555 (fax)
service@classlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2021, a true and correct copy of the foregoing was served via the court's ECF system on all counsel of record.

By: /s/ *Jonathan B. Piper*
One of Plaintiff's Attorneys