# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D., S.C., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 16 C 7643 |
| | ) | |
| v. | ) | Judge Tharp |
| | ) | Magistrate Judge Weisman |
| ENCLARITY INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF RESOLUTION

Plaintiff Florence Mussat, M.D., S.C. and defendant Enclarity Inc. respectfully submit this notice of resolution and inform the Court that the Parties have resolved this matter on an individual basis. The Parties expect to file a stipulation of dismissal within the next 45 days. The Parties request that the Court stay all pending deadlines.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

Curtis C. Warner
5 E. Market St., Suite 250
Corning, NY 14830

s/ Tiffany Cheung (w/ consent)
Tiffany Cheung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000

John Ellis
ELLIS LEGAL P.C.
250 S. Wacker Drive, Suite 600
Chicago, IL 60606

## CERTIFICATE OF SERVICE

  I, Heather Kolbus, hereby certify that on March 31, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system which caused notice via email to be sent to the following:

  John Ellis - jellis@ellislegal.com
  Ellis Legal P.C.
  200 W. Madison Street, Suite 1940
  Chicago, IL 60606

  Tiffany Cheung - tcheung@mofo.com
  Morrison & Forester LLP
  425 Market Street
  San Francisco, CA 94105

  Curtis C. Warner - cwarner@warner.legal
  Warner Law Firm, LLC
  5 E. Market St., Suite 250
  Corning, NY 14830

           s/ Heather Kolbus
           Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)