## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MATTHEW N. FULTON, DDS, P.C.
Individually and as the representative of
a class of similarly-situated persons,

      Plaintiff,

    v.

ENLARITY, INC., LEXISNEXIS
RISK SOLUTIONS INC.,
LEXISNEXIS RISK SOLUTIONS GA
INC., LEXISNEXIS RISK
SOLUTIONS FL INC., and JOHN
DOES 1-12,

      Defendants.

Case No. 16-cv-13777

Chief Judge Denise Page Hood

### INTERVENORS' NOTICE TO WITHDRAW MOTIONS
### TO INTERVENE AND STAY

**PLEASE TAKE NOTICE** that the *Mussat* Intervenors, by and through their

undersigned counsel, hereby withdraw their motion to intervene, ECF No. 47, and

their amended motion to stay, ECF No. 50, with prejudice.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner (P59915)
5 E. Market St.
Ste. 250
Corning, NY 14830
(888) 551-8685 (TEL)
cwarner@warner.legal

## CERTIFICATE OF SERVICE

I hereby certify that on **June 22**, **2021,** I electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will send notification of such filing to the attorneys of record:

Respectfully submitted,
/s/ Curtis C. Warner
    Curtis C. Warner

Curtis C. Warner (P59915)
5 E. Market St.
Suite 250
Corning, NY 14830
(888) 551-8685 (TEL)
cwarner@warner.legal