THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW N. FULTON, DDS, P.C., individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>ENCLARITY, INC., LEXISNEXIS RISK SOLUTIONS INC., LEXISNEXIS RISK SOLUTIONS GA INC., LEXISNEXIS RISK SOLUTIONS FL INC., and JOHN DOES 1-12,<br>    Defendants. | Case No. 16-CV-13777<br><br><br>Chief District Judge Denise Page Hood<br>Magistrate Judge R. Steven Whalen<br><br>**PUTATIVE CLASS ACTION** |

STIPULATION AND ORDER REGARDING SCHEDULE FOR
DEFENDANTS' REPLY BRIEF
ON THEIR MOTION TO EXCLUDE

  Plaintiff Matthew N. Fulton, DDS. P.C. ("Plaintiff") and Defendants Enclarity, Inc., LexisNexis Risk Solutions Inc., LexisNexis Risk Solutions GA Inc. and LexisNexis Risk Solutions FL Inc. (collectively, "Defendants") jointly file this stipulation regarding the

schedule for Defendants' reply brief on their motion to exclude certain opinions of Plaintiff's expert witness (ECF 127).

WHEREAS, on January 19, 2022, Plaintiff filed its motion for class certification. ECF 113. In support thereof, Plaintiff submitted reports of its expert Lee Howard. ECF 113-1.

WHEREAS, on February 22, 2022, Defendants filed their response in opposition to Plaintiff's motion for class certification (ECF 126), and their motion to exclude certain opinions of Plaintiff's expert (ECF 127).

WHEREAS, the Court has scheduled a hearing on Plaintiff's motion for class certification and Defendants' motion to exclude on April 14, 2022. (ECF 137.)

WHEREAS, Plaintiff requested and Defendants did not oppose a one-week extension of time for Plaintiff to respond to Defendants' motion to exclude, to and including March 15, 2022, and Defendants requested and Plaintiff did not oppose a one-week extension of time for Defendants' reply, from March 22, 2022 to and including March 29, 2022.

WHEREAS, Plaintiff inadvertently submitted a stipulation that did not reflect Defendants' requested reply brief extension to March 29, 2022, which the Court entered on March 8, 2022 (ECF 140).

IT IS HEREBY STIPULATED AND AGREED that the deadline for Defendants' deadline to reply shall be similarly extended to March 29, 2022.

IT IS SO STIPULATED.

*So Ordered.*

Dated: March 9, 2022      *s*/Denise Page Hood
                                         United States District Judge

Dated: March 9, 2022

/s/ *Jonathan B. Piper*
Phillip A. Bock
Jonathan B. Piper
Bock Hatch & Oppenheim, LLC
203 N. La Salle St., Ste. 2100
Chicago, IL 60602
(312) 658-5500
(312) 658-5555 (fax)
phil@classlawyers.com
jon@classlawyers.com

Counsel for Plaintiff

/s/ *Tiffany Cheung*
Tiffany Cheung (CA SBN 211497)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Tel)
(415) 268-7522 (Fax)
tcheung@mofo.com

Amy Sabbota Gottlieb (P67020)
Dickinson Wright PLLC
2600 West Big Beaver Rd., Suite 300
Troy, MI 48084
248-433-7286
agottlieb@dickinsonwright.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned is an attorney of record in this case and certifies that on March 9, 2022, the foregoing paper was served via electronic filing on all counsel of record.

By: /s/ Jonathan B. Piper